1 | HELANE L. MORRISON (CA Bar No. 127752)
JOHN S. YUN (CA Bar No. 112260)
2 | PATRICK T. MURPHY (Admitted in New York)

3 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
4 | 44 Montgomery Street, Suite 2600
San Francisco, California 94104
5 | Telephone: (415) 705-2500
Telecopy: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE COMMISSION, )
                                                  Plaintiff, )
   vs. )
KEN C. CHOW, JACK C. LAU )
and JOHN C. LIN )
                                    Defendants, )

Civil Action No.
C-01-21067-JW

[PROPOSED] REVISED ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISBURSE JACK C. LAU'S PAYMENTS TO THE TREASURY

Date: Dec. 11, 2006
Time: 9:00 a..m.
Judge: James Ware
Courtroom: 8

Order re: Motion to Disburse
C-01-21067-JW

## REVISED ORDER TO DISBURSE JACK C. LAU'S PAYMENTS

Plaintiff Securities and Exchange Commission ("Commission") has moved the Court for an Order directing that the prior payments by defendant Jack C. Lau ("Lau") of $84,999.65 in disgorgement, prejudgment interest and post-judgment interest to the Clerk of the Court be disbursed from the court's registry to the United States Treasury along with all accrued interest. This Court had previously ordered Lau to make that payment to disgorge the ill-gotten gains that he derived from purchasing 1,250 shares on nVIDIA Corporation ("nVIDIA") common stock on the open market on March 6, 2000 using material non-public information. On March 6, 2000, a total of 7,201,600 nVIDIA shares were traded on the NASDAQ. Given the trading volume on that date, it is not reasonably practical to attempt to use Lau's payments to make a disbursement to those investors who sold nVIDIA stock on that day.

No opposition papers have been filed to the Commission's motion, and the Court therefore does not believe that a hearing is necessary. Good cause appearing from the Commission's papers, it is therefore ordered that the Clerk of the Court shall disburse to the United States Treasury the $84,999.65 that Lau has previously paid into the court's registry, along with all interest that has accrued on that payment. The Clerk of the Court is therefore authorized to issue a check for the appropriate amount to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, so that the Commission can then forward payment to the United States Treasury.

SO ORDERED.

DATED: December 11, 2006

James Ware, Judge
United States District Court

Order re: Motion to Disburse
C-01-21067-JW